**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:18-10109-STA |
| DANA JEAN MCFALL, ) | |
| Defendant. ) | |

---

**ORDER ON GUILTY PLEA
AND NOTICE OF SETTING**

---

This cause came to be heard on October 16, 2018, Assistant United States Attorney, Taylor Eskridge, appearing for the Government and the defendant, Dana Jean McFall, appearing in person, and with counsel, Dewun Settle.

The defendant entered a plea of guilty to Count 1 of the Information.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, JANUARY 29, 2018 at 10:00 A.M., before Chief Judge S. Thomas Anderson.**

The defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 16th day of October, 2018.

                                                  s/ S. Thomas Anderson
                                                  CHIEF JUDGE, U. S. DISTRICT COURT